IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HENRY DANIELS                                                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 1:15-cv-59-SA-DAS

CVS PHARMACY, INC.                                                                           DEFENDANT

## ORDER REMANDING CASE

Pursuant to a Memorandum Opinion issued this day, the Joint Motion to Remand [7] filed by the parties is hereby GRANTED, and this case is REMANDED to the Lee County Circuit Court. This case is CLOSED.

SO ORDERED, this the 13th day of August, 2015.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**